**Exhibit A:**
**Appendix to Attachments to Second Amended Complaint**

Exhibit B – Source: http://twitpic.com/6tlhzh

Exhibit C – Source: http://twitpic.com/6tlj4v

Exhibit D – Source: http://www.flickr.com/photos/votepsl/6205499987/in/set-72157627684127091/

Exhibit E – Source: http://www.flickr.com/photos/votepsl/6205515581/in/set-72157627684127091/

Exhibit F – Source: http://glassbeadcollective.org/wallstreetoccupation/bridsge3_h264_sd.mov

Exhibit G – Source: http://www.youtube.com/watch?v=T0MZi_I_9ec

- G-1 video still at 0:11
- G-2 video still at 0:03

Exhibit H – Source: NYPD TARU "Det. Morales Disc 10 Part 1"at 3:18 – 4:54

Exhibit I – Source: http://www.flickr.com/photos/votepsl/6206063266/in/set-72157627684127091

Exhibit J – Source: http://www.facebook.com/photo.php?fbid=206861799381216&set=a.206860806047982.49626.140045042729559&type=3&theater

Exhibit K – Source: http://www.facebook.com/photo.php?fbid=206861782714551&set=a.206860806047982.49626.140045042729559&type=3&theater

Exhibit L – Source: NYPD TARU "Det. Rivera Disc 2 Part 3"at 1:58 – 2:06

Exhibit M – Source: NYPD TARU "Det. Morales Disc 10 Part 1"at 4:30 – 4:54