UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

KARINA GARCIA, BENJAMIN BECKER, MICHAEL CRICKMORE, MARCEL CARTIER, BROOKE FEINSTEIN, YARI OSORIO, YAREIDIS PEREZ, CASSANDRA REGAN, TYLER SOVA, STEPHANIE JEAN UMOH, as Class Representatives on behalf of themselves and others similarly situated,

                        Plaintiffs,

- against -

MICHAEL R. BLOOMBERG, THE CITY OF NEW YORK, RAYMOND W. KELLY, JANE and JOHN DOE 1-40,

                        Defendants.

------------------------------------------------------------------x

**NOTICE OF APPEAL**

11 Civ 6957 (JSR)



U.S. DISTRICT COURT FILED JUN 2 8 2012 D.S. S.D. OF N.Y.

      **PLEASE TAKE NOTICE** that defendants Jane and John Doe 1-40 hereby appeal to the United States Court of Appeals for the Second Circuit, from the Opinion and Order (one paper) of the Honorable Jed S. Rakoff, herein dated June 7, 2012, and entered in the docket on or about the same date. This appeal is taken from each and every part of said Opinion and Order (one paper) as well as from the whole thereof.

Dated:    New York, New York
             June 28, 2012

                                        MICHAEL A. CARDOZO,
                                        Corporation Counsel of the
                                          City of New York,
                                        Attorney for Defendants
                                        Jane and John Doe 1-40,
                                        100 Church Street,
                                        New York, New York 10007.
                                        (212) 788-1010

                        By:

                                        LEONARD KOERNER
                                        Chief, Appeals Division

TO:

PARTNERSHIP FOR CIVIL JUSTICE FUND,
Mara Verheyden-Hilliard,
617 Florida Avenue, N.W.,
Washington, D.C. 20001.
(202) 232-1180

CLERK
Southern District

Index No. 11 Civ 6957 (JSR)

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KARINA GARCIA, BENJAMIN BECKER, MICHAEL CRICKMORE, MARCEL CARTIER, BROOKE FEINSTEIN, YARI OSORIO, YAREIDIS PEREZ, CASSANDRA REGAN, TYLER SOVA, STEPHANIE JEAN UMOH, as Class Representatives on behalf of themselves and others similarly situated,

                                    Plaintiffs,

- against -

MICHAEL R. BLOOMBERG, THE CITY OF NEW YORK, RAYMOND W. KELLY, JANE and JOHN DOE 1-40,

                                    Defendants.

---

**NOTICE OF APPEAL**

---

*MICHAEL A. CARDOZO*
*Corporation Counsel of the City of New York*
*Attorney for Defendants*
*Jane and John Doe 1-40*
*100 Church Street*
*New York, N.Y. 10007*
*Of Counsel: Leonard Koerner*
*Tel: (212) 788-1010*
*Law Manager No. 2011-031681*

---

*Due and timely service is hereby admitted.*

- *New York, N.Y. ............................................,2012*

*..........................................................................Esq.*

*Attorney for.................................................................*