UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
KARINA GARCIA, et al.,

                          Plaintiffs,

               v.

MICHAEL R. BLOOMBERG, et al.,

                         Defendants.
------------------------------------------------------------------- X

**NOTICE OF APPEAL**

11-CV-6957 (JSR)

**Notice is hereby given** that the following parties: each and all plaintiffs on behalf of his or herself and as Class Representative on behalf of others similarly situated (to wit, Karina Garcia, Benjamin Becker, Michael Crickmore, Brooke Feinstein, Yari Osorio, Yareidis Perez, Cassandra Regan, Tyler Sova and StephanieJean Umoh) in the above-named case appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered on September 15, 2015, including all interlocutory orders and rulings in the case. This appeal is taken from each and every part of the judgment, case and interlocutory and intermediate orders and rulings and findings as well as from the whole thereof.

Dated:      October 1, 2015

                                              Carl Messineo (CM4500)
                                              Mara Verheyden-Hilliard (MV7011)
                                              PARTNERSHIP FOR CIVIL JUSTICE FUND
                                              617 Florida Ave. N.W.
                                              Washington, D.C. 20001
                                              T. 202.232.1180;   F. 202-747-7747
                                              Email: cm@justiceonline.org

TO:

ZACHARY W. CARTER
Corporation Counsel of the City of New York
*Attorney for Defendants*
100 Church Street
New York, New York 10007
(212) 356-2641

Of Counsel:

Arthur G. Larkin
Dara L. Weiss
Angharad Wilson

CLERK
Southern District